**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

In re:                                                    Chapter 7 No. 19-31686-jda
Gary A Cochran
dba AGD Trucking                     Hon. Joel D. Applebaum
                Debtor.
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3)

NOW COMES Bank of America, N.A. ("Movant"), by and through its attorneys, Trott Law, P.C., and shows unto this Honorable Court as follows:

1. A Petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to Debtor(s) on July 17, 2019;

2. That Movant is a holder of a Retail Installment Sale Contract – Simple Finance Charge (With Arbitration Provision) for the purchase of a 2016 GMC Sierra 1500, Vehicle Identification Number 3GTU2NEC8GG293812, (see attached copy of loan document(s) attached hereto as Exhibit 6);

3. That pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the court shall grant relief from stay for cause, including lack of adequate protection of such party in interest;

4. That Trott Law, P.C. has been informed by Movant that, the Debtor(s) has failed to remit the required payments;

5. That Movant is not adequately protected as the direct payments are not being remitted and the last payment was remitted on June 14, 2019. At the time of the default, the payment amount was $694.22;

6. That the approximate market value of the subject property is $19,000.00, according to Schedule A/B and D;

7. That the value of the vehicle is depreciating rapidly;

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

8. That as of September 13, 2019, the outstanding amount of the obligations less any partial payments or suspense balance is $27,295.89;

9. Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the vehicle is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion.

(b) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the vehicle; and pursuant to § 362(d)(2)(B), and it is not necessary for an effective reorganization since this is Chapter 7.

(c) Movant has not received payment since June 2019.

10. That no other party has an interest in the subject property to the knowledge and belief of Movant;

11. That no other creditor will receive any benefit from the sale of the vehicle;

12. Movant requests termination of the automatic stay of 11 U.S.C. § 362(a) and/or (b) to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to obtain possession and/or liquidate the vehicle;

13. That pursuant to Local Bankruptcy Rule 9014-1(b)(1), attached is a copy of the proposed ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3) labeled as Exhibit "1";

14. That in the event a hearing on this motion is held and after said hearing the Court orders submission of an order in substantial compliance with Exhibit 1, presentment of said order shall be waived;

15. Concurrence from debtor's attorney and from Chapter 7 trustee was sought by Movant's attorney's office on September 17, 2019 and concurrence was not able to be obtained from all parties.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to obtain possession and/or liquidate the vehicle.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

                                            Respectfully Submitted,
                                            Trott Law, P.C.

/S/ _____
John P. Kapitan (P61901)
Rose Merithew (P73319)
Shawn C. Drummond (P58471)
Attorney for Bank of America, N.A.
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

Trott #494548B01

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

19-31686-jda    Doc 13    Filed 10/08/19    Entered 10/08/19 13:31:24    Page 3 of 4

**EXHIBIT 1**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Flint)

| | |
|---|---|
| In re:<br>Gary A Cochran<br>dba AGD Trucking<br>                      Debtor.<br>_____/ | Chapter 7 No. 19-31686-jda<br><br>Hon. Joel D. Applebaum |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

Movant, Bank of America, N.A. ("Movant"), by and through its attorneys, Trott Law, P.C., having filed a Motion For Relief From The Automatic Stay with respect to a 2016 GMC Sierra 1500, Vehicle Identification Number 3GTU2NEC8GG293812; Movant having plead sufficient facts to support the entry of this Order including Movant's outstanding obligation, market value and encumbrances; and the Court being in receipt of the Motion, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Automatic Stay is hereby terminated as to Movant with respect to the to the vehicle described as a 2016 GMC Sierra 1500, Vehicle Identification Number 3GTU2NEC8GG293812, to allow Creditor to commence or continue its federal and/or state law rights to the vehicle and to obtain possession and/or liquidate the vehicle. This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.