**EXHIBIT 2**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Flint)

| | |
|---|---|
| In re: | Chapter 7 No. 19-31686-jda |
| Gary A Cochran | Hon. Joel D. Applebaum |
| dba AGD Trucking | |

Debtor

9627 Mohican Ct.
Pinckney, MI 48169

_____/

### NOTICE OF MOTION AND OPPORTUNITY FOR HEARING

Bank of America, N.A. has filed papers with the court to seek relief from the automatic stay.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may want to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, within fourteen (14) days from date of service as included on the certificate of service, you or your attorney must:

1.      File with the court a written response or an answer, explaining your position, at the United States Bankruptcy Court, 226 West Second St., Flint, MI 48502.[1] If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

John P. Kapitan (P61901), 31440 Northwestern Hwy Ste. 145, Farmington Hills, MI 48334-5422, 248.642.2515

Samuel D. Sweet, P.O. Box 757, Ortonville, MI 48462-0757

2.      If a response or answer is timely filed, the Clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

**TROTT LAW, P.C.**
31440 NORTHWESTERN
HWY
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

Respectfully Submitted,
Trott Law, P.C.

/S/  _____
John P. Kapitan (P61901)
Rose Merithew (P73319)
Shawn C. Drummond (P58471)
Attorney for Bank of America, N.A.
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).