**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

In re:  Chapter 7 No. 19-31686-jda
Gary A Cochran
dba AGD Trucking  Hon. Joel D. Applebaum
            Debtor.
_____/

Attached is the Statement of Corporate Ownership for the above referenced case.

Trott# 494548B01

/S/ _____
John P. Kapitan (P61901)
Rose Merithew (P73319)
Shawn C. Drummond (P58471)
Attorney for Bank of America, N.A.
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

**STATEMENT REGARDING CORPORATE OWNERSHIP OF BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP**

[X] The following entities directly or indirectly own 10% or more of any class of the creditor's equity interest:

**Name:** Bank of America, N.A.

**Address:** 100 North Tryon Street, Charlotte, NC 28255

**Name:** BANA Holding Corporation

**Address:** 100 North Tryon Street, Charlotte, NC 28255

**Name:** BAC North America Holding Company

**Address:** 100 North Tryon Street, Charlotte, NC 28255

**Name:** NB Holdings Corporation

**Address:** 100 North Tryon Street, Charlotte, NC 28255

(For additional names, attach an addendum to this form)

[ ] There are no entities that directly or indirectly own 10% or more of any class of the creditor's equity interest.

The undersigned is the:

[X] Creditor
[ ] Plaintiff
[ ] Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-6-19

_Sylvia Garcia_ (signature)
Signature of Authorized Individual
For Corporation

Sylvia Garcia
Print Name

Assistant Vice President
Title

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

## STATEMENT REGARDING CORPORATE OWNERSHIP OF BANK OF AMERICA, N.A.

[ X ] The following entities directly or indirectly own 10% or more of any class of the creditor's equity interest:

**Name:** Bank of America, N.A.

**Address:** 100 North Tryon Street, Charlotte, NC 28255

**Name:** BANA Holding Corporation

**Address:** 100 North Tryon Street, Charlotte, NC 28255

**Name:** BAC North America Holding Company

**Address:** 100 North Tryon Street, Charlotte, NC 28255

**Name:** NB Holdings Corporation

**Address:** 100 North Tryon Street, Charlotte, NC 28255

(For additional names, attach an addendum to this form)

[ ] There are no entities that directly or indirectly own 10% or more of any class of the creditor's equity interest.

The undersigned is the:

[ x ] Creditor
[ ] Plaintiff
[ ] Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-6-19

_Sylvia Garcia_
Signature of Authorized Individual
For Corporation

Sylvia Garcia
Print Name

Assistant Vice President
Title