## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Flint)

In re:                                          Chapter 7 No. 19-31686-jda

Gary A Cochran

dba AGD Trucking                                Hon. Joel D. Applebaum

                  Debtor.

_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

Movant, Bank of America, N.A. ("Movant"), by and through its attorneys, Trott Law, P.C., having filed a Motion For Relief From The Automatic Stay with respect to a 2016 GMC Sierra 1500, Vehicle Identification Number 3GTU2NEC8GG293812; Movant having plead sufficient facts to support the entry of this Order including Movant's outstanding obligation, market value and encumbrances; and the Court being in receipt of the Motion and Certificate of No Response, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Automatic Stay is hereby terminated as to Movant with respect to the to the vehicle described as a 2016 GMC Sierra 1500, Vehicle Identification Number 3GTU2NEC8GG293812, to allow Creditor to commence or continue its federal and/or state law rights to the vehicle and to obtain possession and/or liquidate the vehicle.   This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3).   This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

**Signed on October 29, 2019**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**